Samuel William **LEWIS,**
**Plaintiff–Appellant,**

v.

Ben **CURRY,** Warden, Defendant–Appellee.

No. 10–15916.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 24, 2011.

Samuel William Lewis, Soledad, CA, pro se.

Steven Grant Warner, Deputy Attorney General, AGCA—Office of the California Attorney General, San Francisco, CA, for Defendant–Appellee.

Before: CANBY, O'SCANNLAIN and FISHER, Circuit Judges.

MEMORANDUM **

California state prisoner Samuel William Lewis appeals pro se from the district court's judgment denying his 28 U.S.C.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Lewis contends that the Board's 2007 decision to deny him parole was not supported by "some evidence" and therefore violated his due process rights. The only federal right at issue in the parole context is procedural, and the only proper inquiry is what process the inmate received, not whether the state court decided the case correctly. *Swarthout v. Cooke*, — U.S. ——, 131 S.Ct. 859, 863, 178 L.Ed.2d 732 (2011); *see Roberts v. Hartley*, 640 F.3d 1042, 1044–46 (9th Cir.2011) (applying *Cooke*). Because Lewis raises no procedural challenges, we affirm.

**AFFIRMED.**